BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

RECEIVED IN OFFICE OF
SARAH ALLISON THORNTON
CLERK OF COURT

MAY 20 2010

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

NOTIFICATION OF SUSPENSION
TO COURT, AGENCY, OR TRIBUNAL

TO: U.S. District Court
   (Court, Agency, or Tribunal)

One Courthouse Way, Boston, MA 02210
   (Address)

Elienberg v. Custom Cable Concepts, Inc., et al
   (case caption)

09-10912PBS
   (docket number)

NAME OF CLIENT:
Custom Cable Concepts

ADDRESS OF CLIENT:
19 Arbor Lane

Levittown, PA 19055

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after April 23, 2010, the effective date of my suspension. Enclosed are copies of the notices of administratively suspended which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 5-17-10        SIGNATURE: [signed]
                     Paul Alan Manoff
         ADDRESS:    47 Winter Street
                     Boston, MA 02108
         TELEPHONE:  617-542-4620

Revised September 1997

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

NOTIFICATION OF SUSPENSION
TO COURT, AGENCY, OR TRIBUNAL

TO: U.S. District Court
Court, Agency, or Tribunal

One Courthouse Way, Boston, MA 02210
Address

Markosyan v. Citizen's Financial Group, Inc.
(case caption)

10-CV-10161RGS
(docket number)

NAME OF CLIENT:
Karen Markosyan

ADDRESS OF CLIENT:
31 Hayes Street

Framingham, MA 01702

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after April 23, 2010, the effective date of my suspension. Enclosed are copies of the notices of administratively suspended which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 5-17-10     SIGNATURE: /s/ Paul Alan Manoff
                              Paul Alan Manoff
                 ADDRESS:   47 Winter Street
                            Boston, MA 02108
                 TELEPHONE: 617-542-4620

Revised September 1997