UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE:              \*
                       \*    MISC. BUSINESS DOCKET NO. 10-MC-10213
PAUL ALAN MANOFF   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RESPONSE TO ORDER SHOW CAUSE

Pursuant to Local Rule 83.6(2)(B)(ii) the undersigned hereby responds to the order to show cause dated June 18, 2010. In responding thereto, the undersigned states as follows:

The underlying suspension was not a disciplinary one but was administrative in nature. I have been fully reinstated to practice as of June 22, 2010. A copy of the order of reinstatement is attached hereto. Accordingly, no discipline should be imposed upon me by this court.

Signed under the pains and penalties of perjury this 15th day of July 2010.

_____
Paul A. Manoff
47 Winter Street, 4th Floor
Boston, MA 02108
(617) 542-4620
BBO# 318220

Manoff\bbo\responseshowcause

FILED
IN CLERKS OFFICE
2010 JUL 16 A 11:59
U.S. DISTRICT COURT
DISTRICT OF MASS



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK
(617) 557-1180

ASSISTANT CLERKS
GEORGE E. SLYVA   (617) 557-1185
ERIC B. WETZEL    (617) 557-1186
FACSIMILE         (617) 557-1033

June 22, 2010

Paul Alan Manoff
47 Winter Street, 4th fl.
Boston, MA 02108

RE:  No. BD-2010-023
     IN RE: Paul Alan Manoff

NOTICE OF DOCKET ENTRY

You are hereby notified that on June 22, 2010, the following was entered onto the docket of the above referenced case:

Judgment of Reinstatement: it is ORDERED and ADJUDGED that PAUL ALAN MANOFF is hereby reinstated as a member of the bar of the Commonwealth." (Marshall, C.J.)

Maura S. Doyle, Clerk

To:  Christine A. Helsel, Assistant Bar Counsel
     Constance Vecchione, Bar Counsel
     Michael Fredrickson, Board Counsel
     Paul Alan Manoff