COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO: BD-2010-023

RECEIVED IN OFFICE OF
SARAH ALLISON THORNTON
CLERK OF COURT

IN RE: PAUL ALAN MANOFF

JUL 06 2010

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

JUDGMENT OF REINSTATEMENT

On March 24, 2010, the lawyer was administratively suspended pursuant to S.J.C. Rule 4:01, s. 3(2). On June 10, 2010, the lawyer filed with the court an affidavit of compliance pursuant to S.J.C. Rule 4:01, s. 3. On June 16, 2010, Bar Counsel filed a waiver of hearing and assent to entry of a judgment of reinstatement. Upon consideration thereof:

It is ORDERED and ADJUDGED that PAUL ALAN MANOFF is hereby reinstated as a member of the bar of the Commonwealth.

By the Court, (Marshall, C.J.)

Maura S. Doyle, Clerk

Entered: June 22, 2010

A True Copy

Date: 6-22-10

Attest: _____
Assistant Clerk