# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **PAUL ALAN MANOFF** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>NO.: 10-mc-10213 |

## JUDGMENT OF DISMISSAL

1. On May 20, 2010, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Immediate Administrative Suspension effective March 24, 2010;

2. Pursuant to subsection (2)(B)(ii) of Local Rule 83.6, an Order to Show Cause and a Notice of Filing Disciplinary Action was issued by this Court on June 18, 2010;

3. On June 22, 2010, the Supreme Judicial Court for the Commonwealth of Massachusetts issued a Judgment of Reinstatement demonstrating that the aforementioned attorney has been reinstated;

4. On July 16, 2010, **PAUL ALAN MANOFF** responded, objected to the proposed imposition of discipline of discipline, and advised the Court of the Order of Reinstatement.

WHEREFORE, this action against **PAUL ALAN MANOFF** is dismissed.

_____7/29/10_____          _____
Date                                       Judge Joseph L. Tauro